**Order entered December 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01284-CV

### KENNETH LEO BUHOLTZ, Appellant

### V.

### TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02337-2018**

## ORDER
Before Chief Justice Wright, Justice Brown, and Justice Evans

We **REINSTATE** this appeal.

On the Court's own motion, we **WITHDRAW** the Court's opinion dated December 28, 2018 and **VACATE** the judgment of the same date.

This is an interlocutory appeal and will proceed on an accelerated timetable. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8); TEX. R. APP. P. 28.1(a).

We **ORDER** Jennifer Corley, Official Court Reporter for County Court at Law No. 6, to file, **WITHIN TEN DAYS** of the date of this order, either the reporter's record, written verification that no hearings were recorded, or written verification that appellant has not requested preparation of the reporter's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Corley and all parties.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE